R-10

# JB PASSMORE INC

1980 Post Oak Blvd, Suite 100
Houston, TX 77056

# Invoice

| Invoice No: | JBP-INV-617588 |
| --- | --- |
| Requestor: | James Geib |

Bill To:
Capstone Concepts
6486 Kingston Pike
Knoxville, TN 37919

Job Site:
Capstone Concepts (FW-BILT)
2 Hendersonville Rd a1
Asheville, NC 28803

| Invoice Date | Terms | Order Date | Order # | PO # |
| --- | --- | --- | --- | --- |
| 10/25/2024 | Due on Receipt | 10/8/2024 | JBP-FW-BILT-1008 | |

| Description | Charge Type | Quantity | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| Deposit for contract - Demo Flooded First Watch: Furniture, Food, Mud | Fee | 1 EA | $13,500.00 | $13,500.00 |
| Demo to store post-Hurricane Helene | Fee | 1 EA | $53,345.00 | $53,345.00 |
| | | | Invoice subtotal | $66,845.00 |
| | | | Taxes | $0.00 |
| | | | Invoice total | $66,845.00 |

WE APPRECIATE YOUR CONTINUED PATRONAGE.

FW of Knoxville 1, LLC  DBA FirstWatch
2 Hendersonville road Asheville NC
Claim #265445

| Company | Doc number | | Origanal Cost | Doc number | Replacement | Notes |
|---|---|---|---|---|---|---|
| Wasserstrom | O-1 | Smallwares | $44,210.14 | R-1 | $41,431.45 | |
| Trimark | O-2 | Equipment | $220,757.39 | R-2 | $305,658.34 | |
| Trimark | O-3 | Indoor Furniture | $41,733.31 | R-3 | $75,437.13 | |
| Trimark | O-4 | Patio Furniture | $10,239.34 | R-4 | $8,435.89 | |
| US food/Foster | R-5 | Food | | R-5 | $19,477.25 | |
| Knoxville Safe House | R-6 | Safe | $2,166.47 | R-6 | $2,166.47 | Same cost |
| AVIT | O-7 | IT | $34,850.26 | R-7 | $60,992.22 | |
| Wood & Wood | O-8 | IT, added monitors | $4,050.00 | | | |
| NCR | O-9 | Point of Sales | $25,149.30 | R-8 | $17,555.18 | |
| Nautical | R-9 | Specitity items | $13,331.56 | R-9 | $13,331.56 | Same cost |
| | | Remidition | | R-10 | $66,845.00 | |
| Totals | | | $396,487.77 | | $611,330.49 | |